UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW HAMPSHIRE

| | |
|---|---|
| KENNETH and NANCY WENTWORTH, | ) |
| | ) |
| Plaintiffs, | ) CIVIL ACTION |
| | ) NO. 1:09-CV-194-JL |
| v. | ) |
| | ) |
| A.W. CHESTERTON CO., et al., | ) |
| | ) |
| Defendants | ) |

### ORDER OF DISMISSAL

IT IS HEREBY ORDERED that the Assented to Motion to Dismiss is granted without prejudice and without costs as to the claims of Kenneth and Nancy Wentworth against Defendant Owens-Illinois, Inc.

SO ORDERED:        DATED: July 1, 2009

_____
Judge, United States District Court for the
District of New Hampshire